ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY 10281-1008
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*John T. Seybert*
*john.seybert@sedgwicklaw.com*
*212-422-0202*

August 7, 2015

*Via ECF and Facsimile (631.712.5636)*
Hon. Sandra J. Feuerstein
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Oxford Health Insurance, Inc. v. Motherly Love Home Care Services, Inc., et al.*
    Civil Action No.: 2:15-cv-00385-SJF-GRB
    Sedgwick File No.: 03246-000246

Dear Judge Feuerstein:

This office represents Oxford Health Plans (NY), Inc. in the above-referenced actions. We respectfully request an adjournment of the time to serve and file moving papers for Defendants' Motion for Summary Judgment, which was timely served in accordance with your Honor's briefing schedule. [Docket No. 13]. Due to other case deadlines and planned vacations, the parties conferred and respectfully request a brief extension of time to brief this motion as follows:

| Description | Original Date | Adjourned Date |
|---|---|---|
| Last day for Plaintiff to serve an opposition to Defendants' motion for summary judgment and/or a cross-motion for summary judgment | August 11, 2015 | August 19, 2015 |
| Last day for Defendants to serve any necessary reply in further support of its motion for summary judgment and/or an opposition to Defendants' cross-motion for summary judgment and file all pleadings | August 31, 2015 | September 21, 2015 |

20274909v1

Hon. Sandra J. Feuerstein
Re: Oxford Health Insurance, Inc. v. Motherly Love Home Care Services, et al.
    Civil Action No.: 2:15-cv-00385-SJF-GRB
August 7, 2015
Page 2

    Under this new briefing schedule, the parties will file all original pleadings and courtesy copies upon the Court on or before September 24, 2015. This is the first request for an adjournment of service deadlines for this motion. Mr. Fish consents to the adjournment.

    Thank you for your consideration of this matter.

Respectfully Submitted,

*[signature]*

John Seybert
Sedgwick LLP

cc: Richard Fish, Esq., counsel for Plaintiffs (*via ECF*)

Hon. Sandra J. Feuerstein
Re: Oxford Health Insurance, Inc. v. Motherly Love Home Care Services, et al.
    Civil Action No.: 2:15-cv-00385-SJF-GRB
August 7, 2015
Page 3

## CERTIFICATE OF SERVICE

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **LETTER DATED August 7, 2015** was served via ECF on this 6th day of May, 2015, upon the following:

Richard E. Fish
DUNCAN, FISH & VOGEL, LLP
3117 Middle Country Road, Suite 5
Smithtown, New York 11787
Telephone: (631) 979-8001
Facsimile: (631) 724-6153

Dated: New York, New York
August 7, 2015

s/ John T. Seybert
JOHN T. SEYBERT (JS 5014)