ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY 10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*



*John T. Seybert*
*john.seybert@sedgwicklaw.com*
*212-422-0202*

August 18, 2015

*Via ECF and Facsimile (631.712.5636)*
Hon. Sandra J. Feuerstein
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Oxford Health Insurance, Inc. v. Motherly Love Home Care Services, Inc., et al.*
    Civil Action No.:  2:15-cv-00385-SJF-GRB
    Sedgwick File No.: 03246-000246

Dear Judge Feuerstein:

    This office represents Plaintiff Oxford Health Plans (NY), Inc. in the above-referenced actions.  We respectfully request a second adjournment of the time to serve and file moving papers for Defendants' Motion to dismiss, which was timely served in accordance with your Honor's briefing schedule.  [Docket No. 13].  I had hoped to meet the deadline I had set so it would be filed before I left for vacation, but I am unable to finish it in time to have it filed.  I am leaving for vacation on August 20, 2015 and returning August 31, 2015.  I conferred with Defendants' counsel and he has consented to the extension of time set forth below, which will only delay the submission of the motion by a week:

| Description | Original Date | Adjourned Date |
| --- | --- | --- |
| Last day for Plaintiff to serve an opposition to Defendants' motion for summary judgment and/or a cross-motion for summary judgment | August 18, 2015 | September 3, 2015 |
| Last day for Defendants to serve any necessary reply in further support of its motion for summary judgment and/or an opposition to Defendants' cross-motion for summary judgment and file all pleadings | September 21, 2015 | September 28, 2015 |

Hon. Sandra J. Feuerstein
Re: Oxford Health Insurance, Inc. v. Motherly Love Home Care Services, et al.
    Civil Action No.: 2:15-cv-00385-SJF-GRB
August 18, 2015
Page 2

    Thank you for your consideration of this matter.

Respectfully Submitted,

*[signature]*

John Seybert
Sedgwick LLP

cc: Richard Fish, Esq., counsel for Plaintiffs (*via ECF*)

81636059v1

Hon. Sandra J. Feuerstein
Re: Oxford Health Insurance, Inc. v. Motherly Love Home Care Services, et al.
    Civil Action No.: 2:15-cv-00385-SJF-GRB
August 18, 2015
Page 3

## CERTIFICATE OF SERVICE

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **LETTER DATED August 18, 2015** was served via ECF on this 18th day of August 2015, upon the following:

Richard E. Fish
DUNCAN, FISH & VOGEL, LLP
3117 Middle Country Road, Suite 5
Smithtown, New York 11787
Telephone: (631) 979-8001
Facsimile: (631) 724-6153

Dated: New York, New York
August 18, 2015

                    s/ John T. Seybert
                    JOHN T. SEYBERT (JS 5014)