DUNCAN, FISH & VOGEL, LLP.
ATTORNEYS AT LAW
317 Middle Country Road
Suite #5
Smithtown, New York  11787
(631) 979-8001
Fax # (631) 724-5163

RICHARD E. FISH*  　　　　　　　　　THOMAS J. DUNCAN
LIVIA VOGEL**  　　　　　　　　　　　(1948 - 1997)
　　　　　　　　　　　　　　　　　　LESLIE A. PALLADINO
　　　　　　　　　　　　　　　　　　Legal Assistant

Also admitted in Florida*
Also admitted in New Jersey**

September 29, 2015

**<u>VIA ECF</u>**

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York  11722

　　　Re:  Oxford Health Insurance, Inc. vs. Motherly Love, et al.
　　　　   Civil Case # CV 15-00385

Dear Judge Feuerstein:

　　　With reference to the above-entitled matter, attached hereto you will please find the following documents:

　　　　　1.  Defendant's Notice of Motion, Affirmation of Richard E. Fish In Support of Defendant's Motion to Dismiss Complaint for Declaratory Relief and Defendants' Memorandum of Law in Support of Motion to Dismiss Complaint for Declaratory Relief;

　　　　　2.  Declaration of John T. Seybert and Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss;

    3. Reply Affirmation of Richard E. Fish in Further Support of Defendants' Motion to Dismiss Complaint for Declaratory Relief and Defendants' Reply Memorandum of Law in Further Support of Motion to Dismiss Complaint for Declaratory Relief.

A courtesy copy of the above papers are being provided to the Court by mail as per instructions.

                                  Respectfully

                                  /s/ RICHARD E. FISH

REF/lap                           RICHARD E. FISH (REF 6300)

Enclosure

CC: John Seybert, Esq.