## CERTIFICATE OF SERVICE

I, Richard E. Fish, an attorney for Defendants, Motherly Love Home Care Services, Robert Franzese and Elizabeth Franzese, hereby certify that on this 24th day of July, 2015, I served a copy of the foregoing by U.S. Postal Service first-class mail and email, on the following:

Sedgwick LLP.
Att: John Seybert, Esq.
225 Liberty Street
28th Floor
New York, New York  10281-1008

                                                    /s/ RICHARD E. FISH
                                                    RICHARD E. FISH

Dated: Smithtown, New York
           July 24, 2015