DUNCAN, FISH & VOGEL, LLP.
ATTORNEYS AT LAW
317 Middle Country Road – Suite 5
Smithtown, New York  11787
(631) 979-8001
Fax # (631) 724-5163

RICHARD E. FISH*  　　　　　　　　　THOMAS J. DUNCAN
LIVIA VOGEL**  　　　　　　　　　　　　(1948 - 1997)
　　　　　　　　　　　　　　　　　　LESLIE A. PALLADINO
　　　　　　　　　　　　　　　　　　　Legal Assistant

Also admitted in Florida*
Also admitted in New Jersey**

October 28, 2015

**VIA ECF**

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza – P.O. Box 9014
Central Islip, New York  11722

　　　　Re:  Oxford Health Insurance, Inc. vs. Motherly Love, et al.
　　　　　　Civil Case # CV 15-00385

Dear Judge Feuerstein:

　　　With reference to the above-entitled matter, a conference has been scheduled for Tuesday, December 16, 2015.  The Motion to Dismiss the Complaint for Declaratory Relief has been fully briefed and submitted.  In speaking with Mr. Seybert a question has arisen which requires the Court to clarify.  If the Motion has not been decided by said date, will the conference go forward as scheduled?  Please advise.

　　　Thank you for your continued courtesy and anticipated cooperation.

　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　/s/ Richard E. Fish

REF/lap
Enclosure　　　　　　　　　　　　　　　RICHARD E. FISH (REF 6300)

CC: John Seybert, Esq.