DUNCAN, FISH & VOGEL, LLP.
ATTORNEYS AT LAW
317 Middle Country Road
Suite #5
Smithtown, New York  11787
(631) 979-8001
Fax # (631) 724-5163

RICHARD E. FISH*  THOMAS J. DUNCAN
LIVIA VOGEL**  (1948 - 1997)
                                                            LESLIE A. PALLADINO
                                                            Legal Assistant

Also admitted in Florida*
Also admitted in New Jersey**

July 20, 2016

**VIA ECF**
Hon. Sandra J Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York  11722-9014

      Re:  Oxford Health Insurance, Inc. vs.
           Motherly Love Home Care Services, Inc., et al.
           Case # CV 15-00385

Dear Hon. Judge Feuerstein:

      I am writing to request the conference scheduled for next Monday, July 25, 2016 at 11:15 be moved to the afternoon calendar.  If not, it would be necessary for me to ask for an adjournment to a different date.

      Unfortunately, I experienced some health issues two weeks ago requiring my being hospitalized for three days.  While the good news is that all serious possible problems appear to be ruled out, the bad news is the symptoms continue with no affirmative diagnosis.  I have a follow-up appointment with my cardiologist next Monday at 10:15 and, would obviously not be available by 11:15 however, should be for your afternoon calendar.

I have spoken with John Seybert, Esq., who has consented to the request or, if the afternoon is unavailable, consents to an adjournment. Please advise.

Thank you for your understanding and cooperation.

Respectfully,

RICHARD. E. FISH

REF/lap

CC: John Seybert, Esq.